| AO 10 Rev. 1/2008 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2009 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) Melancon, Tucker L. | 2. Court or Organization USDC for W District of LA | 3. Date of Report 08/12/2010 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) Article III Judge - Senior Status | 5a. Report Type (check appropriate type)<br>☐ Nomination, Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 6. Reporting Period 01/01/2009 to 12/31/2009 |
| 7. Chambers or Office Address 800 Lafayette Street Suite 4700 Lafayette, LA 70501 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Board Member | National Coalition for Cancer Survivorship |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2010 AUG 13 A 10: 52 DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| Melancon, Tucker L. | 08/12/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2009 | New York Life Insurance Company - Annuity | $26,330.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2009 | Self-employed/Sculptor |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children: see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. National Coalition for Cancer Survivorship | 1/28/09 - 1/30/09 | Washington DC | Board of Directors Mtg | Lodging, meals, transportation, and taxi fares |
| 2. National Coalition for Cancer Survivorship | 5/13/09 - 5/15/09 | Washington DC | Board of Directors Mtg | Lodging, meals, and taxi fares |
| 3. National Coalition for Cancer Survivorship | 9/16/09 - 9/17/09 | Washington DC | Board of Directors Mtg | Lodging, meals, and taxi fares |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Melancon, Tucker L. | 08/12/2010 |

**V. GIFTS.** *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

**VI. LIABILITIES.** *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Melancon, Tucker L. | 08/12/2010 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Common Stock Southeast Central LA Premium Finance Co | | None | J | W | | | | | |
| 2. Common Stock Life Insurance Co of Alabama | A | Dividend | J | T | | | | | |
| 3. Working Interest - JR Rushing #1, DeSoto Parish, LA | | None | J | W | | | | | |
| 4. Working Interest - Brashing #1, DeSoto Parish, LA | | None | J | W | | | | | |
| 5. Working Interest - Ark-LA-Tex, DeSoto Parsih, LA | A | Distribution | J | W | | | | | |
| 6. Royalty Int - Silver Pines, DeSoto Parish, LA | A | Royalty | J | W | | | | | |
| 7. Royalty Int - Grisby Petroleum, DeSoto Parish. LA | A | Royalty | J | W | | | | | |
| 8. Royalty Int - Berry Petroleum, DeSoto Parish, LA | A | Royalty | J | W | | | | | |
| 9. Royalty Int - Silver Oak, DeSoto Parish, LA | B | Royalty | J | W | | | | | |
| 10. Chase Acct IRA (TLM): | | | | | | | | | |
| 11. -JP Morgan Liquid Assest | D | Int./Div. | L | T | | | | | |
| 12. -Cisco Systems | | None | J | T | | | | | |
| 13. -Int'l Business Machines | | None | K | T | | | | | |
| 14. -Worldsource Inc | | None | J | T | | | | | |
| 15. Chase Acct (DKM): | | | | | | | | | |
| 16. -WGL Holdings Inc | A | Dividend | | | Sold | 10/20 | J | | |
| 17. -JP Morgan Liquid Asset MMKT | A | Int./Div. | | | Sold | 11/19 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R –Cost (Real Estate Only) | S =Assessment | T –Cash Market | |
| (See Column C2) | U =Book Value | V –Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Melancon, Tucker L. | 08/12/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Janus Research Fund | A | Int./Div. | | | Sold | 10/20 | J | | |
| 19. -Janus Enterprise Fund | A | Int./Div. | | | Sold | 10/20 | J | | |
| 20. -Janus Global Life Science | A | Int./Div. | | | Sold | 10/20 | J | | |
| 21. -Janus Global Technology Fund | A | Int./Div. | | | Sold | 10/20 | J | | |
| 22. Chase Retirement Acct (DKM): | | | | | | | | | |
| 23. -Chase SEP/IRA Money Market (SEP): | A | Int./Div. | | | Sold | 10/20 | K | | |
| 24. -Janus Enterprise Fund (IRA) | A | Int./Div. | | | Sold | 10/20 | J | | |
| 25. -Janus Contrarian Life (IRA) | A | Int./Div. | | | Sold | 10/20 | J | | |
| 26. -Janus Global Life Science (IRA) | A | Int./Div. | | | Sold | 10/20 | J | | |
| 27. -Janus Global Technology Fund (IRA) | A | Int./Div. | | | Sold | 10/20 | J | | |
| 28. -Transamerica Life Ins Annuity (IRA) | | None | L | T | Buy | 10/20 | L | | |
| 29. Whole Life - Trust #1 | | None | | | Closed | 3/09 | J | | N/A - See Add'l Info #1 |
| 30. Chase Premier Savings (DKM/TLM): | | | | | | | | | |
| 31. -Chase Premier Savings | A | Int./Div. | J | T | | | | | |
| 32. Capital One Savings (DKM/TLM) | B | Int./Div. | L | T | | | | | |
| 33. GMAC Bank Savings (DKM/TLM) | A | Int./Div. | | | Transferred (to line 37) | 05/18 | K | | GMAC Bank name change |
| 34. LA Midstream Gas Serv LLC - Lease Bonuses, DeSoto Parish LA | E | Distribution | J | W | | | | | See Note 2 in Part VIII |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Melancon, Tucker L. | 08/12/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35.  Swepi LP - Lease Bonus, DeSoto Parish, LA | D | Distribution | J | W | | | | | See Note 2 in Part VIII |
| 36.  Petrohawk - Lease Bonus, DeSoto Parish, LA | E | Distribution | K | W | | | | | See Note 2 in Part VIII |
| 37.  Ally Bank ███ (TLM) | B | Int./Div. | K | T | Transferred<br>(from line 33) | 05/18 | K | | Previously GMAC Bank |
| 38. | | | | | | | | | |
| 39. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Melancon, Tucker L. | 08/12/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

#1:
Part I - Positions
Part VII - Investments and Trust, Line 30
    During 2009, Judge Melancon was removed as a trustee from the Trust # [      ] Trust and therefore no longer holds this position at December 31, 2009

#2
Part VII - Investments and Trust, Lines 35 and 36
    This investment income was a one time receipt of a lease bonus. There is no value placed on the lease bonus and no asset was purchased or acquired.

| Name of Person Reporting | Date of Report |
|---|---|
| Melancon, Tucker L. | 08/12/2010 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

## FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544